UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-334-5838
Email: martonelaw@gmail.com
Attorney for Debtors Marc A. Cosentino and Michelle K. Cosentino

Chapter 13

Case Number: 17-22725-CMG

In Re:

Marc A. Cosentino and Michelle K. Cosentino

Hearing Date: 10/18/2017
Hearing Time: 09:00 AM

## **ORDER TO REINSTATE THE CASE**

**UPON** consideration of the motion of Christopher S. Martone, ESQ. Attorney for the debtors Marc A. Cosentino and Michelle K. Cosentno ("the debtors"), for entry of an order to REINSTATE the case; and the court having considered the papers submitted; and the opposition thereto, if any, and good and sufficient notice having been given; it is hereby

**ORDERED** that the case is hereby REINSTATE;

**ORDERED** that the deadline to file a proof of claim and objection to discharge/dischargeability is extended to 12/31/2017.

**ORDERED** that the Confirmation hearing will be held on 01/17/2018 at 10:00 AM

Honorable Christine M. Gravelle

DATED: