**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Christopher S. Martone
Martone & Associates
2500 Lemoine Ave
Fort Lee, NJ 07024
201-944-5004
Fax : 201-334-5838
Email: martonelaw@gmail.com

In Re:

Marc A. Cosentino
Michelle K. Cosentino



**Order Filed on October 24, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 17-22725-CMG

Adv. No.:

Hearing Date: 10/18/17

Judge: Christine M. Gravelle

## ORDER TO REINSTATE CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-334-5838
Email: martonelaw@gmail.com
Attorney for Debtors Marc A. Cosentino and Michelle K. Cosentino

Chapter 13

Case Number: 17-22725-CMG

In Re:

Marc A. Cosentino and Michelle K. Cosentino

Hearing Date: 10/18/2017
Hearing Time: 09:00 AM

## **ORDER TO REINSTATE THE CASE**

**UPON** consideration of the motion of Christopher S. Martone, ESQ. Attorney for the debtors Marc A. Cosentino and Michelle K. Cosentno ("the debtors"), for entry of an order to REINSTATE the case; and the court having considered the papers submitted; and the opposition thereto, if any, and good and sufficient notice having been given; it is hereby

**ORDERED** that the case is hereby REINSTATE;

**ORDERED** that the deadline to file a proof of claim and objection to discharge/dischargeability is extended to 12/31/2017.

**ORDERED** that the Confirmation hearing will be held on 01/17/2018 at 10:00 AM

United States Bankruptcy Court
District of New Jersey

In re:  
Marc A. Cosentino  
Michelle K. Cosentino  
     Debtors

Case No. 17-22725-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 24, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db/jdb       +Marc A. Cosentino,    Michelle K. Cosentino,    68 Broad Street,    Matawan, NJ 07747-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:  
       Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo     docs@russotrustee.com  
       Christopher S. Martone     on behalf of Debtor Marc A. Cosentino martonelaw@gmail.com  
       Christopher S. Martone     on behalf of Joint Debtor Michelle K. Cosentino martonelaw@gmail.com  
       Denise E. Carlon     on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 6