UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Email: martonelaw@gmail.com

In Re:

Marc A. Cosentino and Michelle K. Cosentino

Order Filed on December 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     17-22725
Chapter:     13
Judge:     Gravelle

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____09/11/2017_____ :

Property:     68 Broad Street, Matawan, NJ 07747

Creditor:     Rushmore Loan Management Services, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____03/21/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-22725-CMG
Marc A. Cosentino                                               Chapter 13
Michelle K. Cosentino
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 27, 2017
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db/jdb         +Marc A. Cosentino,   Michelle K. Cosentino,   68 Broad Street,   Matawan, NJ 07747-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 bnicholas@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Christopher S. Martone    on behalf of Debtor Marc A. Cosentino martonelaw@gmail.com
              Christopher S. Martone    on behalf of Joint Debtor Michelle K. Cosentino martonelaw@gmail.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```