UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Fax 201-334-5838
Email: martonelaw@gmail.com
Attorney for Debtors

In Re:

Marc A. Cosentino
Michelle K. Cosentino

Chapter 13

Case Number: 17-22725-CMG

Hearing Date: February 6, 2019

Judge: Christine M. Gravelle

## CERTIFICATION IN SUPPORT OF MOTION TO APPROVE LOAN MODIFICATION

We, Marc Cosentino and Michelle Cosentino, certify pursuant to 28 U.S.C. §1746, that:

1. On June 21, 2017 ("the petition date"), we filed a voluntary petition for relief under Chapter 13 of the United State Bankruptcy Code.
2. We requested a loan modification from the lender in order to be able to maintain our home.
3. The lender offered us a loan modification and we executed a loan modification agreement.

1

4.  It is in the best interest of our case if the loan modification is approved by this Court.

I hereby certify that the foregoing statements made by us are true. I am aware that if any such statements are willfully false, I am subject to punishment.

*/s/ Marc A. Consentino*
Marc A. Consentino

*/s/ Michelle K. Consentino*
Michelle K. Consentino

DATED:  January 10, 2019