UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

Marc A. Cosentino

Case No.: 17-22725-CMG

Hearing date:

Judge: Hon. Christine M. Gravelle, U.S.B.J.

# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of _____Brian E Caine_____ on behalf of __U.S. Bank National Association, et al.__ seeking an Order Authorizing Entry of a <u>Final</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS ORDERED If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Marc A. Cosentino  
Michelle K. Cosentino  
    Debtors

Case No. 17-22725-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 22, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2019.  
db/jdb        +Marc A. Cosentino,    Michelle K. Cosentino,    68 Broad Street,    Matawan, NJ 07747-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2019 at the address(es) listed below:  
       Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Albert    Russo     docs@russotrustee.com  
       Brian C. Nicholas     on behalf of Creditor     HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Brian E Caine     on behalf of Creditor     U.S. Bank National Association, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Christopher S. Martone     on behalf of Debtor Marc A. Cosentino martonelaw@gmail.com  
       Christopher S. Martone     on behalf of Joint Debtor Michelle K. Cosentino martonelaw@gmail.com  
       Denise E. Carlon     on behalf of Creditor     HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 8